Alfred Post, Appellant, v. Andrew J. Kerwin, Jr., Respondent.— Motion granted, with ten dollars costs, unless within forty days the appellant make and

file the case, in which case the motion is denied. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.